No. 10-10938. Edgar Santos Arroyo, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 858, 132 S. Ct. 192, 181 L. Ed. 2d 100, 2011 U.S. LEXIS 6064.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-10940. Charles Thurston, Petitioner v. Merck & Company, Inc.

565 U.S. 858, 132 S. Ct. 192, 181 L. Ed. 2d 100, 2011 U.S. LEXIS 6184.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 415 Fed. Appx. 585.

No. 10-10942. Leonel Torres-Alicea, Petitioner v. Florida.

565 U.S. 858, 132 S. Ct. 192, 181 L. Ed. 2d 100, 2011 U.S. LEXIS 6057.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 56 So. 3d 24.

No. 10-10943. Preston Bernard Thomas, Petitioner v. United States.

565 U.S. 858, 132 S. Ct. 193, 181 L. Ed. 2d 100, 2011 U.S. LEXIS 6136.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-10945. Timothy Hanson, Petitioner v. John C. Thomas, Superintendent, State Correctional Institution at Chester, et al.

565 U.S. 858, 132 S. Ct. 193, 181 L. Ed. 2d 100, 2011 U.S. LEXIS 6020.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 426 Fed. Appx. 50.

No. 10-10946. Francisco Herrera-Genao, Petitioner v. United States.

565 U.S. 858, 132 S. Ct. 193, 181 L. Ed. 2d 100, 2011 U.S. LEXIS 5990.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 288.

No. 10-10947. Ronald Fuentes-Majano, Petitioner v. United States.

565 U.S. 858, 132 S. Ct. 193, 181 L. Ed. 2d 100, 2011 U.S. LEXIS 6192.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 407 Fed. Appx. 900.